IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY MEINTS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3036 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, LINCOLN POLICE DEPARTMENT, UNKNOWN WARD, UNKNOWN STEGMAN, and UNKNOWN KAUFMAN, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by March 17, 2006, file their Report of Parties' Planning Conference.

DATED February 28, 2006.

/s/ David L. Piester
United States Magistrate Judge