IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY MEINTS, | ) | 4:06CV3036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CITY OF LINCOLN; LINCOLN POLICE DEPARTMENT; OFFICER WARD; OFFICER STEGMAN; and OFFICER KAUFMAN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint motion (filing 16) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

August 1, 2006.                         BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge